**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | | |
|---|---|---|
| In re: GREENWAY RESEARCH LABS, INC. | § | Case No. 24-30552-WJF |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Patti J. Sullivan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,076,544.76 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $353,145.12 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $249,575.90 | | |

3) Total gross receipts of $602,721.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $602,721.02 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,200,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $249,575.90 | $249,575.90 | $249,575.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,007,917.52 | $514,423.24 | $514,423.24 | $353,145.12 |
| **TOTAL DISBURSEMENTS** | $3,207,917.52 | $763,999.14 | $763,999.14 | $602,721.02 |

4) This case was originally filed under chapter 7 on 03/01/2024. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/07/2026

By: /s/ Patti J. Sullivan
Trustee, Bar No.: 170124

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 10+ years old Office Equip. Valuation Method: Est. Liq. | 1129-000 | $18,020.95 |
| 10+ years old Office Fixtures. Valuation Method: Est. Liq | 1129-000 | $29,893.10 |
| 10+ years old Office Furniture. Valuation Method: Est. Liq. | 1129-000 | $2,822.60 |
| 2006 Volvo V54 Wagon (112,941 miles). Valuation Method: | 1129-000 | $2,500.00 |
| 2016 Ford F150. Valuation Method: | 1129-000 | $8,000.00 |
| Checking Account at Vision Bank, xxxxxx2188 | 1129-000 | $5,630.91 |
| Clark Forklift (Electric) Model TMX15S - EE. Valuation Method: | 1129-000 | $8,000.00 |
| Tanks, fill equipment, etc.. Valuation Method: | 1129-000 | $59,074.80 |
| 12/2018 F 1120 refund | 1224-000 | $107.73 |
| Requested Employee 2020 Retention Credit (under Tax Refunds and NOLs) | 1224-000 | $71,638.40 |
| Requested Employee 2021 Retention Credit (under Tax Refunds and NOLs) | 1224-000 | $137,058.27 |
| funds in attorneys trust account | 1229-000 | $128.00 |
| Givaudan Argentina Serv SA refund | 1229-000 | $1,896.75 |
| Laboratory Equipment | 1229-000 | $7,399.55 |
| Warehouse Racking | 1229-000 | $4,563.35 |
| Avoidance claims against Rocco Altobelli, Inc., Rocco Altobelli, Dianne Altobelli, R.D.A., LLC, RNA Properties, LLC, Bra | 1241-000 | $245,000.00 |
| INTEREST (u) | 1270-000 | $986.61 |
| **TOTAL GROSS RECEIPTS** | | **$602,721.02** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8-2S | Vision Bank | 4210-000 | $1,200,000.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$1,200,000.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Patti J. Sullivan | 2100-000 | NA | $33,386.05 | $33,386.05 | $33,386.05 |
| Trustee, Expenses - Patti J. Sullivan | 2200-000 | NA | $936.78 | $936.78 | $936.78 |
| Auctioneer Fees - Dailey Realty & Auction Service | 3610-000 | NA | $1,200.00 | $1,200.00 | $1,200.00 |
| Auctioneer Fees - Grafe Auction Co. | 3610-000 | NA | $15,572.92 | $15,572.92 | $15,572.92 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - BOND | 2300-000 | NA | $473.69 | $473.69 | $473.69 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $5,632.09 | $5,632.09 | $5,632.09 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasury | 2810-000 | NA | $334.57 | $334.57 | $334.57 |
| Other State or Local Taxes (post-petition) - MN Dept of Revenue | 2820-000 | NA | $250.00 | $250.00 | $250.00 |
| Other Chapter 7 Administrative Expenses - CertificateofService.com | 2990-000 | NA | $132.97 | $132.97 | $132.97 |
| Attorney for Trustee Fees (Other Firm) - Moss & Barnett | 3210-000 | NA | $173,933.00 | $173,933.00 | $173,933.00 |
| Attorney for Trustee Expenses (Other Firm) - Moss & Barnett | 3220-000 | NA | $455.70 | $455.70 | $455.70 |
| Accountant for Trustee Fees (Other Firm) - Wesler & Associates, CPA PC | 3410-000 | NA | $8,855.00 | $8,855.00 | $8,855.00 |
| Other Professional's Expenses - Dailey Realty & Auction Service | 3992-000 | NA | $300.00 | $300.00 | $300.00 |
| Other Professional's Expenses - Grafe Auction Co. | 3992-000 | NA | $7,500.00 | $7,500.00 | $7,500.00 |
| Other Professional's Expenses - Wesler & Associates, CPA PC | 3992-000 | NA | $263.13 | $263.13 | $263.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$249,575.90** | **$249,575.90** | **$249,575.90** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10-2P | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Minnesota Department of Revenue | 5800-000 | $0.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Croda, Inc | 7100-000 | $4,217.25 | $4,217.25 | $4,217.25 | $2,936.42 |
| 2 | Uline | 7100-000 | $2,862.13 | $2,862.13 | $2,862.13 | $1,992.86 |
| 3 | TricorBraun Inc | 7100-000 | $3,800.82 | $3,800.82 | $3,800.82 | $2,646.46 |
| 4 | KERAPLAST TECHNOLOGIES, LLC | 7100-000 | $800.02 | $800.02 | $800.02 | $557.04 |
| 5 | Minnesota Valley Testing Laboratories, Inc. | 7100-000 | $997.58 | $1,430.08 | $1,430.08 | $995.75 |
| 6-3 | Wagner, Falconer & Judd, Ltd. Trust Account and James Vlasic | 7100-000 | $0.00 | $450,000.00 | $450,000.00 | $313,329.17 |
| 7 | Mejoda Products LLC | 7100-000 | $0.00 | $19,203.60 | $19,203.60 | $13,371.22 |
| 8-2U | Vision Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | GlobalTranz Enterprises, LLC | 7100-000 | $16,652.58 | $24,357.65 | $24,357.65 | $16,959.92 |
| 10-2 U | Internal Revenue Service | 7100-000 | $0.00 | $511.69 | $511.69 | $356.28 |
| 10-2N | Internal Revenue Service | 7300-000 | $0.00 | $7,240.00 | $7,240.00 | $0.00 |
| N/F | ALPHA AROMATICS | 7100-000 | $350.41 | NA | NA | NA |
| N/F | AMERICAN CARTON & POLYBAG, INC | 7100-000 | $5,277.60 | NA | NA | NA |
| N/F | BARTON SOLVENTS, INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BELLE-AIRE FRAGRANCES | 7100-000 | $770.86 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | BERLIN PACKAGING L.L.C. | 7100-000 | $32,409.95 | NA | NA | NA |
| N/F | BLYTHECO LLC | 7100-000 | $110.00 | NA | NA | NA |
| N/F | CHEM/SERV, INC. | 7100-000 | $413.36 | NA | NA | NA |
| N/F | COAST SOUTHWEST, INC | 7100-000 | $50.00 | NA | NA | NA |
| N/F | CULLIGAN - METRO | 7100-000 | $4,187.20 | NA | NA | NA |
| N/F | DIANNE ALTOBELLI | 7100-000 | $8,484.75 | NA | NA | NA |
| N/F | DIEN, LLC | 7100-000 | $22,884.36 | NA | NA | NA |
| N/F | DKSH NORTH AMERICA INC | 7100-000 | $528.50 | NA | NA | NA |
| N/F | EMPIREEMCO | 7100-000 | $28,512.25 | NA | NA | NA |
| N/F | ESSENTIAL INGREDIENTS, INC | 7100-000 | $20.26 | NA | NA | NA |
| N/F | FEDEX | 7100-000 | $315.98 | NA | NA | NA |
| N/F | FORKLIFTS OF MINNESOTA INC | 7100-000 | $777.91 | NA | NA | NA |
| N/F | FROEHLING ANDERSON | 7100-000 | $11,644.00 | NA | NA | NA |
| N/F | FS Health LLC | 7100-000 | $6,301.00 | NA | NA | NA |
| N/F | GBS Franchising LLC | 7100-000 | $3,486.22 | NA | NA | NA |
| N/F | HARCROS CHEMICALS, INC. | 7100-000 | $1,439.42 | NA | NA | NA |
| N/F | IMCD US, LLC | 7100-000 | $129.44 | NA | NA | NA |
| N/F | JAYTECH, INC | 7100-000 | $304.92 | NA | NA | NA |
| N/F | KAUFMAN CONTAINER | 7100-000 | $38,894.04 | NA | NA | NA |
| N/F | KEMIN FOOD TECHNOLOGIES, INC. | 7100-000 | $170.75 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | LEVENTHAL PLLC | 7100-000 | $587.00 | NA | NA | NA |
| N/F | METROPOLITAN COUNCIL | 7100-000 | $149.94 | NA | NA | NA |
| N/F | Madam Butterfly | 7100-000 | $214.50 | NA | NA | NA |
| N/F | Mario Tricoci Hair Salon | 7100-000 | $1,802.90 | NA | NA | NA |
| N/F | North Coast Salon Systems | 7100-000 | $187.92 | NA | NA | NA |
| N/F | PSR AUTOMATION INC. | 7100-000 | $1,410.00 | NA | NA | NA |
| N/F | RDA LLC | 7100-000 | $1,391,965.86 | NA | NA | NA |
| N/F | RITA CORPORATION | 7100-000 | $4.75 | NA | NA | NA |
| N/F | ROCCO ALTOBELLI INC. | 7100-000 | $377,000.00 | NA | NA | NA |
| N/F | Razor King | 7100-000 | $6,420.00 | NA | NA | NA |
| N/F | Retro Hair | 7100-000 | $2,383.80 | NA | NA | NA |
| N/F | Rocco Altobelli Burnsville | 7100-000 | $1,926.03 | NA | NA | NA |
| N/F | Rocco Altobelli Rochester | 7100-000 | $205.45 | NA | NA | NA |
| N/F | Rocco Altobelli Roseville | 7100-000 | $523.58 | NA | NA | NA |
| N/F | SENSIENT COLORS LLC | 7100-000 | $3,203.70 | NA | NA | NA |
| N/F | STREET FLEET | 7100-000 | $413.92 | NA | NA | NA |
| N/F | Snips Its Corporate | 7100-000 | $3,509.46 | NA | NA | NA |
| N/F | TURSSO COMPANIES INC | 7100-000 | $14,210.72 | NA | NA | NA |
| N/F | UNIVAR SOLUTIONS USA, INC - #152859 | 7100-000 | $466.80 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | VWR INTERNATIONAL INC. | 7100-000 | $586.27 | NA | NA | NA |
| N/F | Visible Changes/Mejoda | 7100-000 | $3,492.03 | NA | NA | NA |
| N/F | WB BOTTLE SUPPLY COMPANY | 7100-000 | $459.33 | NA | NA | NA |
| N/F | WS PACKAGING GROUP INC. | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,007,917.52** | **$514,423.24** | **$514,423.24** | **$353,145.12** |

# Form 1

Exhibit 8

Page: 1

# Individual Estate Property Record and Report

# Asset Cases

**Case No.:** 24-30552-WJF
**Case Name:** GREENWAY RESEARCH LABS, INC.
**For Period Ending:** 09/07/2026

**Trustee Name:** (430100) Patti J. Sullivan
**Date Filed (f) or Converted (c):** 03/01/2024 (f)
**§ 341(a) Meeting Date:** 04/09/2024
**Claims Bar Date:** 06/24/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>no value | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Vision Bank, xxxxxx2188 | 0.00 | 0.00 | | 5,630.91 | FA |
| 3 | Checking Account at Vision Bank, xxxxxx2191<br>no value | 0.00 | 0.00 | | 0.00 | FA |
| 4 | A/R 90 days old or less.<br>05/22/2024 Doc 44 Amended Schedule(s) filed - Updated Accounts Receivables to reflect non-trade receivables mistakenly omitted from initial filing, but appearing on books<br><br>01/23/2025 Doc 69 Expedited Motion to Approve Compromise or Settlement with Rocco Altobelli, Inc., Rocco Altobelli, Dianne Altobelli, R.D.A. LLC, RNA Properties, LLC, Brandon Bailie and VisionBank filed by Patti J. Sullivan.<br><br>01/30/2025 Doc 70 Order Granting Expedited Motion to Approve Compromise or Settlement. (Related Doc # 69) (RAG) (Entered: 01/30/2025)<br><br>Per the settlement, we agreed to not pursue the A/R owed by the insiders. So the A/R value was reduced to the original A/R amounts in the original schedules. (Originally the bank asserted a security interest in these so I did not pursue but then per settlement, bank released its secured interest.) The dollar amount is less than what was showing in amended schedules.<br><br>12.10.25: Most relate to a/r from debtor's other related entities. Per Settlement agreement we released all claims against debtor and related entities. The two other small ones are disputed and not worth pursuing. No value for BKY Estate. | 16,908.41 | 15,235.72 | | 0.00 | FA |
| 5 | A/R Over 90 days old.<br>05/22/2024 Doc 44 Amended Schedule(s) filed - Updated Accounts Receivables to reflect non-trade receivables mistakenly omitted from initial filing, but appearing on books<br><br>01/23/2025 Doc 69 Expedited Motion to Approve Compromise or Settlement with Rocco Altobelli, Inc., Rocco Altobelli, Dianne Altobelli, R.D.A. LLC, RNA Properties, LLC, Brandon Bailie and VisionBank filed by Patti J. Sullivan.<br><br>01/30/2025 Doc 70 Order Granting Expedited Motion to Approve Compromise or Settlement. (Related Doc # 69) (RAG) (Entered: 01/30/2025)<br><br>Per the settlement, we agreed to not pursue the A/R owed by the insiders. So the A/R value was reduced to the original A/R amounts in the original schedules. (Originally the bank asserted a security interest in these so I did not pursue but then per settlement, bank released its secured interest.) The dollar amount is less than what was showing in amended schedules.<br><br>12.10.25: Most relate to a/r from debtor's other related entities. Per Settlement agreement we released all claims against debtor and related entities. The two other small ones are disputed and not worth pursuing. No value for BKY Estate. | 925,039.80 | 7,012.83 | | 0.00 | FA |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit 8
Page: 2

**Case No.:** 24-30552-WJF
**Case Name:** GREENWAY RESEARCH LABS, INC.
**For Period Ending:** 09/07/2026

**Trustee Name:** (430100) Patti J. Sullivan
**Date Filed (f) or Converted (c):** 03/01/2024 (f)
**§ 341(a) Meeting Date:** 04/09/2024
**Claims Bar Date:** 06/24/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 6 | Raw Materials: Chemicals, 10/31/2023, Net Book Value: 314160.25, Valuation Method: Est. Liq. 15%of Book (Cost) | 47,124.04 | 0.00 | OA | 0.00 | FA |
| 7 | Raw Materials: Components, 10/31/2023, Net Book Value: 159364.66, Valuation Method: Est. Liq. 25%of Book (Cost) | 39,841.17 | 0.00 | OA | 0.00 | FA |
| 8 | Work in progress: WIP, 10/31/2023, Net Book Value: 1287.9, Valuation Method: | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | Work in progress: Formulas, 10/31/2023, Net Book Value: 7794.49, Valuation Method: No ValueNon-Existing Customer | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | Finished goods: Finished Goods, 10/31/2023, Net Book Value: 266.93, Valuation Method:<br>de minimis value | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 10+ years old Office Furniture. Valuation Method: Est. Liq. | 0.00 | 2,822.60 | | 2,822.60 | FA |
| 12 | 10+ years old Office Fixtures. Valuation Method: Est. Liq | 0.00 | 29,983.10 | | 29,893.10 | FA |
| 13 | 10+ years old Office Equip. Valuation Method: Est. Liq. | 0.00 | 18,020.95 | | 18,020.95 | FA |
| 14 | 2016 Ford F150. Valuation Method:<br>to be sold at auction (laf)<br>Updated value by amended schedules | 10,898.00 | 8,000.00 | | 8,000.00 | FA |
| 15 | Clark Forklift (Electric) Model TMX15S - EE. Valuation Method:<br>Updated value on amended schedules | 7,000.00 | 8,000.00 | | 8,000.00 | FA |
| 16 | 2006 Volvo V54 Wagon (112,941 miles). Valuation Method:<br>(Taking bids on this -pjs; Updated value on Amended Schedules; Will be sold to Rocco Altobelli, Inc. for the sum of $2,500.00 -laf) | 1,476.00 | 2,500.00 | | 2,500.00 | FA |
| 17 | Tanks, fill equipment, etc.. Valuation Method:<br>updated value on amended schedules | 225,000.00 | 59,074.80 | | 59,074.80 | FA |
| 18 | 14301 Burnsville Parkway WestBurnsville, MN 55306 Parcel ID: 02-71000-01-091 Industrial Office/Manufacturing/Warehouse, Leased, Valuation Method: | 0.00 | 0.00 | OA | 0.00 | FA |
| 19 | www.greenwaylab.com. Valuation Method:<br>de minimis value | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 3

**Case No.:** 24-30552-WJF
**Case Name:** GREENWAY RESEARCH LABS, INC.
**For Period Ending:** 09/07/2026

**Trustee Name:** (430100) Patti J. Sullivan
**Date Filed (f) or Converted (c):** 03/01/2024 (f)
**§ 341(a) Meeting Date:** 04/09/2024
**Claims Bar Date:** 06/24/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Client Formula Catalog. Valuation Method:<br>de minimis value | Unknown | 0.00 | | 0.00 | FA |
| 21 | Notes Receivable: Description (include name of obligor). Total Face amount - Uncollectable amount = $0 - $0<br>no value | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Unkown Minnesota Tax Refund or Unused NOL, Tax Year 2023 | Unknown | 0.00 | | 0.00 | FA |
| 23 | Unkown Federal Tax Refund or Unused NOL, Tax Year 2023 | Unknown | 0.00 | | 0.00 | FA |
| 24 | Unkown Minnesota TaxRefund or Unused NOL, Tax Year 2022 | Unknown | 0.00 | | 0.00 | FA |
| 25 | Unknown Federal TaxRefund or Unused NOL, Tax Year 2022 | Unknown | 0.00 | | 0.00 | FA |
| 26 | Customer-supplied, customer-owned components (jars, caps, etc.) for 10 customers<br>As listed in the Statement of Financial Affairs at question 21, the Debtor remains in possession of customer-supplied, customer-owned components (jars, caps, etc.) for 10 customers and since these items are owned by third parties, they are not property of the estate. Accordingly, abandonment is appropriate and in the best interests of the Estate. The items will be returned to these customers after expiration of the objection period noted herein. | Unknown | 0.00 | OA | 0.00 | FA |
| 27 | Laboratory Equipment (u)<br>added with amended schedules | 7,500.00 | 7,399.55 | | 7,399.55 | FA |
| 28 | Warehouse Racking (u)<br>added with amended schedules | 7,500.00 | 4,563.35 | | 4,563.35 | FA |
| 29 | Debtor’s business records for the period prior to 2023 and business records that are not needed for the administration of the Bankruptcy Estate including, books, copies of checks written by debtor’s business entity, deposit slips, bank statements, computers, if any, employee records, payroll ledgers, depreciation schedules, profit and loss statements, tax returns (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 30 | Possible preference v. Dien, LLC per sofa<br>(creditor provided documents supporting a new value defense) | 20,180.17 | 0.00 | | 0.00 | FA |
| 31 | Possible preference v. GlobalTranz Enterprises per sofa<br>(creditor provided documents supporting a new value defense) | 14,590.31 | 0.00 | | 0.00 | FA |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases



**Case No.:** 24-30552-WJF
**Case Name:** GREENWAY RESEARCH LABS, INC.
**For Period Ending:** 09/07/2026

**Trustee Name:** (430100) Patti J. Sullivan
**Date Filed (f) or Converted (c):** 03/01/2024 (f)
**§ 341(a) Meeting Date:** 04/09/2024
**Claims Bar Date:** 06/24/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 32 | Possible preference v. Kaufman Container<br>(creditor provided documents supporting a new value defense) | 12,860.86 | 0.00 | | 0.00 | FA |
| 33 | Avoidance claims against Rocco Altobelli, Inc., Rocco Altobelli, Dianne Altobelli, R.D.A., LLC, RNA Properties, LLC, Brandon Bailie, VisionBank (u)<br>settled.<br>12/11/2024 Doc 1 Adversary case 24-03142. (12 (Recovery of money/property - 547 preference)), (13 (Recovery of money/property - 548 fraudulent transfer)), (91 (Declaratory judgment)), Complaint without demand for jury trial by Patti J. Sullivan, Trustee against Rocco Altobelli, Inc., Rocco Altobelli, Dianne Altobelli, R.D.A., LLC, RNA Properties, LLC, Brandon Bailie, VisionBank. | Unknown | 1.00 | | 245,000.00 | FA |
| 34 | funds in attorneys trust account (u)<br>turnover of funds in attorneys trust account | 0.00 | 128.00 | | 128.00 | FA |
| 35 | Requested Employee 2020 Retention Credit (under Tax Refunds and NOLs) (u)<br>05/22/2024 Doc 44 Amended Schedule(s) filed<br>[2020 Q2 941x - Greenway.pdf 42,632.75<br>2020 Q4 941x - Greenway.pdf 24,723.14<br>67,355.89 TOTAL 2020 as submitted to IRS] | 67,355.89 | 67,355.89 | | 71,638.40 | FA |
| 36 | Requested Employee 2021 Retention Credit (under Tax Refunds and NOLs) (u)<br>05/22/2024 Doc 44 Amended Schedule(s) filed<br>[2021 Q1 941x - Greenway.pdf 58,707.56<br>2021 Q3 941x - Greenway.pdf 56,010.24<br>114,717.80 TOTAL 2021, as submitted to IRS] | 114,717.80 | 114,717.80 | | 137,058.27 | FA |
| 37 | Givaudan Argentina Serv SA refund (u) | 1,896.75 | 1,896.75 | | 1,896.75 | FA |
| 38 | 12/2018 F 1120 refund (u) | 0.00 | 107.73 | | 107.73 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 986.61 | FA |
| **39** | **Assets Totals (Excluding unknown values)** | **$1,519,889.20** | **$346,820.07** | | **$602,721.02** | **$0.00** |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases



**Case No.:** 24-30552-WJF
**Case Name:** GREENWAY RESEARCH LABS, INC.

**For Period Ending:** 09/07/2026

**Trustee Name:** (430100) Patti J. Sullivan
**Date Filed (f) or Converted (c):** 03/01/2024 (f)
**§ 341(a) Meeting Date:** 04/09/2024
**Claims Bar Date:** 06/24/2024

**Major Activities Affecting Case Closing:**

Per General Notice by trustee of abandonment dated 3-6-24, asset #26; Doc #7; As listed in the Statement of Financial Affairs at question 21, the Debtor remains in possession of customer-supplied, customer-owned components (jars, caps, etc.) for 10 customers and since these items are owned by third parties, they are not property of the estate. The items will be returned to these customers after expiration of the objection period noted herein.

Per Notice of Sale at Auction dated March 21, 2024 (Docket #10), 2016 Ford Pickup (Asset #14) will be sold by auction conducted by Jay Dailey of Dailey Realty & Auction Service at its Auction House located at 1529 1st Ave. Mankato, MN 56001, on Saturday, April 20, 2024, beginning at 11:00 A.M. CDT. This sale is “as is” and “where is,” without any representations or warranties. Asset #14 sold for $8,000.00. Report of trustee of Sale at Auction filed on May 02, 2024 (Docket # 32). Report of trustee filed on May 02, 2024 .

Per General Notice by trustee of abandonment dated 3-28-24 DOC #18, asset #s 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 17, 18, 19, 20, 27, 28, and 29

Per Notice of Withdrawal of Notice of Abandonment as to Certain Assets, dated April 11, 2024 (Docket #20), the trustee gave Notice of Withdrawal of the Notice of Abandonment filed on March 28, 2024 at DKT. No. 18 as to Assets #'s 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 17, 19, 20, 27 & 28. The trustee does not withdraw the abandonment as to Assets #'s 18 & 29 referred to in the Notice of Abandonment filed on March 28, 2024 at DKT. No. 18.

Per Notice of Abandonment dated April 18, 2024 (Docket #25), trustee abandoned any interest in Assets #s 6, 7, 8 & 9.

Per Notice of Sale dated April 30, 2024 (Docket #29), Rocco Altobelli, Inc. paid $2,500 for Asset #16 (Volvo). Report of trustee filed on May 22, 2024.

Per Notice of Sale at Auction dated June 18, 2024 (Docket #53), trustee will sell Assets #'s 11, 12, 13, 15, 17, 27 & 28 on Wednesday, July 10, 2024 commencing at 10:00 A.M. CDT. Assets # 11, 12, 13, 15, 17, 27 & 28 sold for $129,774.35. Report of Auction Sale filed on August 08, 2024 (Docket #62). Report of trustee filed on August 08, 2024.

Per Expedited Motion to Approve Compromise or Settlement with Rocco Altobelli, Inc., Rocco Altobelli, Dianne Altobelli, R.D.A. LLC, RNA Properties, LLC, Brandon Bailie and VisionBank dated January 23, 2025 (Docket #69) (Asset #33), trustee will settle a controversy as follows: Pursuant to an agreement reached in adversary case 24-3142 (the “Adversary Proceeding”), the Trustee seeks approval of settlement with Rocco Altobelli, Inc., Rocco Altobelli, Dianne Altobelli, R.D.A. LLC, RNA Properties, LLC, Brandon Bailie and VisionBank (collectively, the “Defendants”). (See Settlement Agreement (the “Settlement Agreement”) as Exhibit A.) The Trustee negotiated the Settlement Agreement with the Defendants in which they agreed, in part, to pay the Trustee the sum of $245,000.00 (“Settlement Payment”) to resolve claims or objections which have been, or could be, asserted in the Adversary Proceeding. The Settlement Agreement also provides other benefits to the bankruptcy such as the elimination of substantial claims and retention of all proceeds from the sale of the Debtor’s assets.

WHEREAS, pursuant to the Stipulation, the Trustee is holding the sum of $106,701.43 as the proceeds from the sale of Debtor’s assets (the “Proceeds”) as to which each the Trustee and VisionBank claim an interest. || Upon Court approval of this Agreement, VisionBank and Defendants waive any claim to the Proceeds and agree that the Proceeds will remain property of the bankruptcy estate.

WHEREAS, VisionBank has filed proof of claim 8-2 in this bankruptcy case (“POC 8-2”) in the amount of $1,210,500.00 of which VisionBank claimed $332,381.57 to be secured by the Proceeds. WHEREAS, R.D.A., LLC has alleged that the bankruptcy estate owed it rent as an administrative expense in this bankruptcy case (the “RDA Admin. Claim”). || The Court’s approval of this Agreement shall serve as the Defendants’ withdrawal and waiver of any claims that they may possess against the bankruptcy estate and the Trustee including, but not limited to, POC 8-2 and the RDA Admin. Claim. Upon approval by the Court, VisionBank

# Form 1



# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 24-30552-WJF
**Case Name:** GREENWAY RESEARCH LABS, INC.
**For Period Ending:** 09/07/2026

**Trustee Name:** (430100) Patti J. Sullivan
**Date Filed (f) or Converted (c):** 03/01/2024 (f)
**§ 341(a) Meeting Date:** 04/09/2024
**Claims Bar Date:** 06/24/2024

will further release its uniform commercial code security interest in all assets of the Debtor and the bankruptcy estate. This release does not include a release of any mortgages granted by Defendant R.D.A., LLC in favor of VisionBank.

Settlement approved by Order dated January 30, 2025 (Docket #70). Report of trustee filed on February 18, 2025.

07/10/2025 74 Trustee's Interim Report (Attachments: # 1 Trustee Expenses) (Raschke, Robert)
07/10/2025 75 Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object re: 74 Trustee's Interim Report.Objections due: 7/31/2025 (Attachments: # 1 Proof of Service)(Sullivan, Patti)
09/08/2025 79 Order awarding compensation re: 72 Application for Compensation, 73 Application for Compensation, 74 Trustee's Interim Report...(AMG)

**Initial Projected Date Of Final Report (TFR):** 12/30/2025 **Current Projected Date Of Final Report (TFR):** 05/26/2026 (Actual)

09/07/2026
Date

/s/Patti J. Sullivan
Patti J. Sullivan

# Form 2

**Exhibit 9**

Page: 1

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30552-WJF | **Trustee Name:** | Patti J. Sullivan (430100) |
| **Case Name:** | GREENWAY RESEARCH LABS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0160 | **Account #:** | ******6330 Checking Account |
| **For Period Ending:** | 09/07/2026 | **Blanket Bond (per case limit):** | $20,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/22/24 | {16} | Rocco Altobelli Inc | Funds paid for the 2006 Volvo V54 Wagon | 1129-000 | 2,500.00 | | 2,500.00 |
| 04/30/24 | 101 | CertificateofService.com | TRACKING NUMBER: ******3513 | 2990-000 | | 57.51 | 2,442.49 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,437.49 |
| 05/01/24 | | Dailey Auction Servce | Funds Re Sale of 2016 Ford F150 | | 6,500.00 | | 8,937.49 |
| | {14} | | Gross Sale $8,000.00 | 1129-000 | | | |
| | | Dailey Realty & Auction Service | Auctioneer Commission -$1,200.00 | 3610-000 | | | |
| | | Dailey Realty & Auction Service | Pick up Fee for 2016 Ford F150 -$300.00 | 3992-000 | | | |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.08 | 8,923.41 |
| 06/18/24 | 102 | CertificateofService.com | TRACKING NUMBER: 4211 | 2990-000 | | 75.46 | 8,847.95 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.30 | 8,834.65 |
| 07/17/24 | 103 | International Sureties. Ltd | Bond Number 612418760 | 2300-000 | | 9.39 | 8,825.26 |
| 07/31/24 | | Grafe Auction Co. | Auction proceeds from Grafe Auction Company Sale | | 106,701.43 | | 115,526.69 |
| | {11} | | Gross proceeds for sale of 10+ years old Office Furniture $2,822.60 | 1129-000 | | | |
| | {12} | | Gross proceeds for sale of 10+ years old Office Fixtures $29,893.10 | 1129-000 | | | |
| | {13} | | Gross proceeds for sale of 10+ years old Office Equip. $18,020.95 | 1129-000 | | | |
| | {15} | | Gross proceeds for sale of Clark Forklift (Electric) Model TMX15S - EE $8,000.00 | 1129-000 | | | |
| | {17} | | Gross proceeds for sale of Tanks, fill equipment, etc. $59,074.80 | 1129-000 | | | |
| | {27} | | Gross proceeds for the sale of Laboratory Equipment $7,399.55 | 1229-000 | | | |
| | {28} | | Gross proceeds for the sale of Warehouse Racking $4,563.35 | 1229-000 | | | |
| | | Grafe Auction Co.<br>Grafe Auction Co. | Auctioneer's Commission 12% -$15,572.92 | 3610-000 | | | |
| | | Grafe Auction Co.<br>Grafe Auction Co. | Auctioneer's Expense: Pre-Auction Setup -$1,500.00 | 3992-000 | | | |

**Page Subtotals:** **$115,701.43** **$174.74**

# Form 2

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

**Case No.:** 24-30552-WJF
**Case Name:** GREENWAY RESEARCH LABS, INC.
**Taxpayer ID #:** **-***0160
**For Period Ending:** 09/07/2026

**Trustee Name:** Patti J. Sullivan (430100)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******6330 Checking Account
**Blanket Bond (per case limit):** $20,500,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Grafe Auction Co.<br>Grafe Auction Co. | Auctioneer's Expense: Advertising Charge<br>-$2,500.00 | 3992-000 | | | |
| | | Grafe Auction Co.<br>Grafe Auction Co. | Auctioneer's Expense: Removal of Auction Items after Auction<br>-$3,500.00 | 3992-000 | | | |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.89 | 115,499.80 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 184.60 | 115,315.20 |
| 09/27/24 | | To Account #******2725 | TRANSFER TO REQUEST EXEMPTION FROM FEES | 9999-000 | | 106,701.43 | 8,613.77 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 172.48 | 8,441.29 |
| 10/15/24 | {34} | Sapientia Law Group PLLC | turnover of funds in attorneys trust account | 1229-000 | 128.00 | | 8,569.29 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.96 | 8,554.33 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.75 | 8,541.58 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.01 | 8,526.57 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.11 | 8,512.46 |
| 02/04/25 | 104 | United States Treasury | Final 940 | 2810-000 | | 334.57 | 8,177.89 |
| 02/07/25 | {33} | Rocco Altobelli Inc | Settlement re Adversary 24-3142 | 1241-000 | 245,000.00 | | 253,177.89 |
| 02/12/25 | | To Account #******6330 | transfer out of exempt account | 9999-000 | 106,701.43 | | 359,879.32 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 378.63 | 359,500.69 |
| 03/06/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 101.89 | | 359,602.58 |
| 03/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 137.92 | | 359,740.50 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 557.10 | 359,183.40 |
| 04/07/25 | {2} | Vision Bank | turnover of funds in bank account | 1129-000 | 5,630.91 | | 364,814.31 |
| 04/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 149.38 | | 364,963.69 |
| 04/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 620.71 | 364,342.98 |
| 05/28/25 | 105 | MN Dept of Revenue | 2024 State Income Tax | 2820-000 | | 250.00 | 364,092.98 |
| 05/28/25 | | To Account #******1269 | transfer to exempt account to process trustee's interim report | 9999-000 | | 300,000.00 | 64,092.98 |
| 05/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 137.39 | | 64,230.37 |
| 05/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 551.88 | 63,678.49 |
| 06/10/25 | | US BANKRUPTCY COURT VIA ACH | ADV FILING FEE MNB TRUSTE 250609 CCD 0000 | 2700-000 | | 350.00 | 63,328.49 |
| 06/23/25 | 106 | International Sureties. Ltd | Bond # 612418760 | 2300-000 | | 464.30 | 62,864.19 |
| 06/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 26.98 | | 62,891.17 |
| 06/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 98.48 | 62,792.69 |
| 07/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 26.67 | | 62,819.36 |
| | | | | **Page Subtotals:** | **$358,040.57** | **$410,747.90** | |

# Form 2

Exhibit 9



## Cash Receipts And Disbursements Record

**Case No.:** 24-30552-WJF
**Case Name:** GREENWAY RESEARCH LABS, INC.
**Taxpayer ID #:** **-***0160
**For Period Ending:** 09/07/2026

**Trustee Name:** Patti J. Sullivan (430100)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******6330 Checking Account
**Blanket Bond (per case limit):** $20,500,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 110.80 | 62,708.56 |
| 08/18/25 | {35} | United States Treasury | 12/2020 F 941 ERC | 1224-000 | 29,641.21 | | 92,349.77 |
| 08/18/25 | {36} | United States Treasury | 3/2021 F 941 ERC | 1224-000 | 69,136.56 | | 161,486.33 |
| 08/18/25 | {35} | United States Treasury | 6/2020 F 941 ERC | 1224-000 | 41,997.19 | | 203,483.52 |
| 08/29/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 48.05 | | 203,531.57 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 179.88 | 203,351.69 |
| 09/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 72.42 | | 203,424.11 |
| 09/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 347.64 | 203,076.47 |
| 10/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 43.12 | | 203,119.59 |
| 10/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 336.32 | 202,783.27 |
| 11/28/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 38.89 | | 202,822.16 |
| 11/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 292.50 | 202,529.66 |
| 12/13/25 | {38} | United States Treasury | 12/2018 F 1120 refund | 1224-000 | 107.73 | | 202,637.39 |
| 12/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 40.24 | | 202,677.63 |
| 12/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 367.98 | 202,309.65 |
| 01/02/26 | {37} | Givaudan Argentina Serv SA refund | WIRE FROM GIVAUDAN TREASURY INTE refund | 1229-000 | 1,896.75 | | 204,206.40 |
| 01/30/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 33.56 | | 204,239.96 |
| 01/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 327.08 | 203,912.88 |
| 02/27/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 31.28 | | 203,944.16 |
| 02/27/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 305.02 | 203,639.14 |
| 03/31/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 35.70 | | 203,674.84 |
| 03/31/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 348.13 | 203,326.71 |
| 04/26/26 | {36} | United States Treasury | F 941 Refund 9/2021 | 1224-000 | 67,921.71 | | 271,248.42 |
| 04/30/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 34.91 | | 271,283.33 |
| 04/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 336.76 | 270,946.57 |
| 05/15/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 22.27 | | 270,968.84 |
| 05/20/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 5.94 | | 270,974.78 |
| 07/21/26 | 107 | Patti J. Sullivan | Combined trustee compensation & expense dividend payments. | | | 13,839.49 | 257,135.29 |
| | | Patti J. Sullivan | Claims Distribution - Tue, 05-26-2026 $13,701.27 | 2100-000 | | | |
| | | Patti J. Sullivan | Claims Distribution - Tue, 05-26-2026 $138.22 | 2200-000 | | | |
| 07/21/26 | 108 | Wesler & Associates, CPA PC | Distribution payment - Dividend paid at 48.73% of $8,855.00; Claim # ; Filed: $8,855.00 | 3410-000 | | 4,315.00 | 252,820.29 |

**Page Subtotals:** $211,107.53 $21,106.60

# Form 2

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30552-WJF | **Trustee Name:** | Patti J. Sullivan (430100) |
| **Case Name:** | GREENWAY RESEARCH LABS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0160 | **Account #:** | ******6330 Checking Account |
| **For Period Ending:** | 09/07/2026 | **Blanket Bond (per case limit):** | $20,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/21/26 | 109 | Wesler & Associates, CPA PC | Distribution payment - Dividend paid at 63.34% of $263.13; Claim # ; Filed: $263.13 | 3992-000 | | 166.67 | 252,653.62 |
| 07/21/26 | 110 | Croda, Inc | 0511Distribution payment - Dividend paid at 49.81% of $4,217.25; Claim # 1; Filed: $4,217.25 | 7100-000 | | 2,100.82 | 250,552.80 |
| 07/21/26 | 111 | Uline | 3371Distribution payment - Dividend paid at 49.81% of $2,862.13; Claim # 2; Filed: $2,862.13 | 7100-000 | | 1,425.76 | 249,127.04 |
| 07/21/26 | 112 | TricorBraun Inc | 1733Distribution payment - Dividend paid at 49.81% of $3,800.82; Claim # 3; Filed: $3,800.82 | 7100-000 | | 1,893.38 | 247,233.66 |
| 07/21/26 | 113 | KERAPLAST TECHNOLOGIES, LLC | Distribution payment - Dividend paid at 49.81% of $800.02; Claim # 4; Filed: $800.02 | 7100-000 | | 398.53 | 246,835.13 |
| 07/21/26 | 114 | Minnesota Valley Testing Laboratories, Inc. | 5989Distribution payment - Dividend paid at 49.82% of $1,430.08; Claim # 5; Filed: $1,430.08 | 7100-000 | | 712.40 | 246,122.73 |
| 07/21/26 | 115 | Wagner, Falconer & Judd, Ltd. Trust Account and James Vlasic | Distribution payment - Dividend paid at 49.82% of $450,000.00; Claim # 6-3; Filed: $450,000.00 Voided on 07/22/2026 | 7100-004 | | 224,167.76 | 21,954.97 |
| 07/21/26 | 116 | Mejoda Products LLC | Distribution payment - Dividend paid at 49.82% of $19,203.60; Claim # 7; Filed: $19,203.60 | 7100-000 | | 9,566.29 | 12,388.68 |
| 07/21/26 | 117 | GlobalTranz Enterprises, LLC | 4430Distribution payment - Dividend paid at 49.82% of $24,357.65; Claim # 9; Filed: $24,357.65 | 7100-000 | | 12,133.78 | 254.90 |
| 07/21/26 | 118 | Internal Revenue Service | Distribution payment - Dividend paid at 49.82% of $511.69; Claim # 10-2 U; Filed: $511.69 | 7100-000 | | 254.90 | 0.00 |
| 07/22/26 | 115 | Wagner, Falconer & Judd, Ltd. Trust Account and James Vlasic | Distribution payment - Dividend paid at 49.82% of $450,000.00; Claim # 6-3; Filed: $450,000.00 Voided: check issued on 07/21/2026 | 7100-004 | | -224,167.76 | 224,167.76 |
| 07/22/26 | 119 | Wagner,Falconer,Judd, Ltd.Trust Acct & James Vlasic | Distribution payment - Dividend paid at 49.82% of $450,000.00; Claim # 6-3; Filed: $450,000.00 | 7100-000 | | 224,167.76 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **684,849.53** | **684,849.53** | **$0.00** |
| Less: Bank Transfers/CDs | 106,701.43 | 406,701.43 | |
| **Subtotal** | **578,148.10** | **278,148.10** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$578,148.10** | **$278,148.10** | |

# Form 2

**Exhibit 9**



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30552-WJF | **Trustee Name:** | Patti J. Sullivan (430100) |
| **Case Name:** | GREENWAY RESEARCH LABS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0160 | **Account #:** | ******2725 EXEMPT ACCOUNT |
| **For Period Ending:** | 09/07/2026 | **Blanket Bond (per case limit):** | $20,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/27/24 | | To Account #******2725 | TRANSFER TO REQUEST EXEMPTION FROM FEES | 9999-000 | 106,701.43 | | 106,701.43 |
| 02/12/25 | | To Account #******6330 | transfer out of exempt account | 9999-000 | | 106,701.43 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **106,701.43** | **106,701.43** | **$0.00** |
| Less: Bank Transfers/CDs | 106,701.43 | 106,701.43 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2

**Exhibit 9**



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30552-WJF | **Trustee Name:** | Patti J. Sullivan (430100) |
| **Case Name:** | GREENWAY RESEARCH LABS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0160 | **Account #:** | ******1269 Exempt Account 2 |
| **For Period Ending:** | 09/07/2026 | **Blanket Bond (per case limit):** | $20,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/28/25 | | To Account #******1269 | transfer to exempt account to process trustee's interim report | 9999-000 | 300,000.00 | | 300,000.00 |
| 09/14/25 | 20001 | Patti J. Sullivan | Combined trustee compensation & expense dividend payments. | | | 20,483.34 | 279,516.66 |
| | | Patti J. Sullivan | Copy of Claims Distribution - Wed, 06-25-2025 $19,684.78 | 2100-000 | | | |
| | | Patti J. Sullivan | Copy of Claims Distribution - Wed, 06-25-2025 $798.56 | 2200-000 | | | |
| 09/14/25 | 20002 | Wesler & Associates, CPA PC | Distribution payment - Dividend paid at 100.00% of $4,540.00; Claim # ; Filed: $4,540.00 | 3410-000 | | 4,540.00 | 274,976.66 |
| 09/14/25 | 20003 | Wesler & Associates, CPA PC | Distribution payment - Dividend paid at 100.00% of $96.46; Claim # ; Filed: $96.46 | 3992-000 | | 96.46 | 274,880.20 |
| 09/14/25 | 20004 | Moss & Barnett | Distribution payment - Dividend paid at 100.00% of $173,933.00; Claim # ; Filed: $173,933.00 | 3210-000 | | 173,933.00 | 100,947.20 |
| 09/14/25 | 20005 | Moss & Barnett | Distribution payment - Dividend paid at 100.00% of $455.70; Claim # ; Filed: $455.70 | 3220-000 | | 455.70 | 100,491.50 |
| 09/14/25 | 20006 | Croda, Inc | 0511Distribution payment - Dividend paid at 19.81% of $4,217.25; Claim # 1; Filed: $4,217.25 | 7100-000 | | 835.60 | 99,655.90 |
| 09/14/25 | 20007 | Uline | 3371Distribution payment - Dividend paid at 19.81% of $2,862.13; Claim # 2; Filed: $2,862.13 | 7100-000 | | 567.10 | 99,088.80 |
| 09/14/25 | 20008 | TricorBraun Inc | 1733Distribution payment - Dividend paid at 19.81% of $3,800.82; Claim # 3; Filed: $3,800.82 | 7100-000 | | 753.08 | 98,335.72 |
| 09/14/25 | 20009 | KERAPLAST TECHNOLOGIES, LLC | Distribution payment - Dividend paid at 19.81% of $800.02; Claim # 4; Filed: $800.02 | 7100-000 | | 158.51 | 98,177.21 |
| 09/14/25 | 20010 | Minnesota Valley Testing Laboratories, Inc. | 5989Distribution payment - Dividend paid at 19.81% of $1,430.08; Claim # 5; Filed: $1,430.08 | 7100-000 | | 283.35 | 97,893.86 |
| 09/14/25 | 20011 | Wagner, Falconer & Judd, Ltd. Trust Account and James Vlasic | Distribution payment - Dividend paid at 19.81% of $450,000.00; Claim # 6-3; Filed: $450,000.00 Stopped on 09/19/2025 | 7100-000 | | 89,161.41 | 8,732.45 |
| 09/14/25 | 20012 | Mejoda Products LLC | Distribution payment - Dividend paid at 19.81% of $19,203.60; Claim # 7; Filed: $19,203.60 | 7100-000 | | 3,804.93 | 4,927.52 |
| 09/14/25 | 20013 | GlobalTranz Enterprises, LLC | 4430Distribution payment - Dividend paid at 19.81% of $24,357.65; Claim # 9; Filed: $24,357.65 | 7100-000 | | 4,826.14 | 101.38 |
| 09/14/25 | 20014 | Internal Revenue Service | Distribution payment - Dividend paid at 19.81% of $511.69; Claim # 10-2 U; Filed: $511.69 | 7100-000 | | 101.38 | 0.00 |
| 09/19/25 | 20011 | Wagner, Falconer & Judd, Ltd. Trust Account and James Vlasic | Distribution payment - Dividend paid at 19.81% of $450,000.00; Claim # 6-3; Filed: $450,000.00 Stopped: check issued on 09/14/2025 | 7100-000 | | -89,161.41 | 89,161.41 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$300,000.00** | **$210,838.59** |

# Form 2

**Exhibit 9**



# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30552-WJF | **Trustee Name:** | Patti J. Sullivan (430100) |
| **Case Name:** | GREENWAY RESEARCH LABS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0160 | **Account #:** | ******1269 Exempt Account 2 |
| **For Period Ending:** | 09/07/2026 | **Blanket Bond (per case limit):** | $20,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 09/20/25 | 20015 | Wagner, Falconer & Judd, Ltd. Trust Account and James Vlasic | Distribution payment - Dividend paid at 19.81% of $450,000.00; Claim # 6-3; Filed: $450,000.00 Voided on 09/22/2025 | 7100-004 | | 89,161.41 | 0.00 |
| 09/22/25 | 20015 | Wagner, Falconer & Judd, Ltd. Trust Account and James Vlasic | Distribution payment - Dividend paid at 19.81% of $450,000.00; Claim # 6-3; Filed: $450,000.00 Voided: check issued on 09/20/2025 | 7100-004 | | -89,161.41 | 89,161.41 |
| 09/22/25 | 20016 | WFJ Trust Acct and Jim Vlasic | Distribution payment - Dividend paid at 19.81% of $450,000.00; Claim # 6-3; Filed: $450,000.00 Stopped on 10/03/2025 | 7100-000 | | 89,161.41 | 0.00 |
| 10/03/25 | 20016 | WFJ Trust Acct and Jim Vlasic | Distribution payment - Dividend paid at 19.81% of $450,000.00; Claim # 6-3; Filed: $450,000.00 Stopped: check issued on 09/22/2025 | 7100-000 | | -89,161.41 | 89,161.41 |
| 10/04/25 | 20017 | WFJ Trust Acct and Jim Vlasic | Distribution payment - Dividend paid at 19.81% of $450,000.00; Claim # 6-3; Filed: $450,000.00 | 7100-000 | | 89,161.41 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **300,000.00** | **300,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | 300,000.00 | 0.00 | |
| **Subtotal** | **0.00** | **300,000.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$300,000.00** | |

# Form 2



# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-30552-WJF | **Trustee Name:** | Patti J. Sullivan (430100) |
| **Case Name:** | GREENWAY RESEARCH LABS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0160 | **Account #:** | ******1269 Exempt Account 2 |
| **For Period Ending:** | 09/07/2026 | **Blanket Bond (per case limit):** | $20,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******6330 Checking Account | $578,148.10 | $278,148.10 | $0.00 |
| ******2725 EXEMPT ACCOUNT | $0.00 | $0.00 | $0.00 |
| ******1269 Exempt Account 2 | $0.00 | $300,000.00 | $0.00 |
| | **$578,148.10** | **$578,148.10** | **$0.00** |

09/07/2026
Date

/s/Patti J. Sullivan
Patti J. Sullivan